**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SONIA MONTIEL and CAROL NUNES-MCNAMARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC., and C.R. BARD, INC.<br><br>Defendants. | CASE NO.: CA 07 064 ML<br><br>CLASS ACTION |

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

/s/ Mark T. Nugent
Mark T. Nugent
RI Bar No. 2637
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 351-4420 (fax)
mnugent@morrisonmahoney.com

Joe G. Hollingsworth, *pro hac vice* pending
D.C. Bar No. 203273
Kirby T. Griffis, *pro hac vice* pending
VA Bar No. 39342
William J. Cople, III, *pro hac vice* pending
D.C. Bar No. 384984
SPRIGGS & HOLLINGSWORTH
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com
kgriffis@sprigg.com
wcople@spriggs.com

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2007, a copy of the foregoing C.R. Bard, Inc.'s and Davol Inc.'s Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Donald A. Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

***Counsel for Plaintiffs***

/s/ Mark Nugent
Mark Nugent