**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SONIA MONTIEL and CAROL NUNES-MCNAMARA, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No.: 1:07-cv-0064-ML-DLM |
| | ) | CLASS ACTION |
| v. | ) | |
| DAVOL, INC., and C.R. BARD, INC. | ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

1. WHEREAS On March 6, 2007, Defendants filed their Motion To Dismiss Under Rule 12(b)6 For Failure To State A Claim.

2. WHEREAS docket entry "6" states that Plaintiffs were given until March 23, 2007 to file a brief in opposition to that motion.

3. WHEREAS, due to a clerical error in Plaintiffs' counsel's office, the existence of this deadline was not discovered until March 28, 2007, and Defendants' counsel has been informed of the same.

4. WHEREAS Plaintiffs require a short extension of time, until April 6, 2007, to file their brief in opposition to Defendants' motion to dismiss.

5. WHEREAS counsel for Plaintiffs, Rhett Klock, has conferred with Defendants' counsel, Kirby Griffis, who has stated that Defendants are willing to stipulate to this extension of time to respond.

IT IS HEREBY STIPULATED AND AGREED as follows:

Plaintiffs are granted an extension of time, up to and including April 6, 2007, to

file their brief in opposition to Defendants' Motion to Dismiss Under Rule 12(b)6 For Failure To State A Claim.

IT IS SO ORDERED:

______________________________
Honorable Mary M. Lisi

For Plaintiffs:

Dated: March 28, 2007

/s/ Donald Migliori

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

For Defendants:

Dated: March 28, 2007

/s/ Kirby Griffis

Joe G. Hollingsworth, DC Bar No. 203273
Kirby T. Griffis, DC Bar No. 453091
William J. Cople, III, DC Bar No. 384984
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 FAX