**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SONIA MONTIEL and CAROL NUNES-MCNAMARA, on behalf of themselves and all others similarly situated, | ) | |
| | ) | Case No.: 1:07-cv-0064-ML-DLM |
| Plaintiffs, | ) | |
| | ) | CLASS ACTION |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DAVOL, INC., and C.R. BARD, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AMENDED COMPLAINT**
**AND SUGGESTION OF MOOTNESS**

On February 14, 2007, Plaintiffs filed their Class Action Complaint (hereinafter "Original Complaint") alleging one cause of action, breach of the Rhode Island Deceptive Trade Practices Act. Defendants filed a motion to dismiss the Original Complaint on March 6, 2007. Pursuant to the authority cited below, Plaintiffs have chosen to file a First Amended Class Action Complaint (hereinafter "First Amended Complaint"), in lieu of responding to that motion.

In their First Amended Complaint, Plaintiffs have chosen not to re-allege breach of the Rhode Island Deceptive Trade Practices Act; the sole count contained in their Original Complaint. Plaintiffs' First Amended Complaint contains three (3) counts, alleging negligence, breach of implied warranty of merchantability and unjust enrichment.

Fed. R. Civ. P. 15(a) provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a). Defendants' motion to dismiss does not qualify as a responsive pleading for

purposes of that rule. *United States v. Newbury Mfg. Co.*, 123 F.2d 43 (1st Cir. 1941). Therefore, as this is the first amendment to Plaintiffs' complaint, and no responsive pleading has been filed in this action, Plaintiffs are entitled to amend their complaint as a matter of course.

Because Plaintiffs' First Amended Complaint supersedes the Original Complaint, the First Amended Complaint is now the operative complaint. *Washer v. Bullitt County*, 110 U.S. 558, 562 (1884); *Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003)(noting that "the original complaint is now superseded by the amended complaint"). Defendants' motion to dismiss Plaintiffs' Original Complaint is moot given the filing of Plaintiffs' First Amended Complaint, pursuant to Fed. R. Civ. P. 15(a). *ACLU of Fla., Inc. v. Miami-Dade County Sch. Bd.*, 439 F. Supp. 2d 1242 (S.D. Fla. 2006), *Anderson v. USAA Cas. Ins. Co.*, 218 F.R.D. 307 (D. D.C. 2003), *Verhine & Verhine, PLLC v. Cardiovascular Sonographers, Inc.*, 2007 U.S. Dist. LEXIS 16284 at *5 (S.D. Miss. Mar. 6, 2007).

As Defendants' motion to dismiss pertains to the Original Complaint, Plaintiffs suggest that the Court determine it to be moot and deny it without prejudice. *Bancoult*, 214 F.R.D. at 13 ("denying without prejudice all pending motions pertaining to the original complaint"); *Rasul v. Bush*, 215 F. Supp. 2d 55, 58 (D.D.C. 2002); *Turner v. Kight*, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot the defendants' motions to dismiss on the basis that the amended complaint supersedes the original complaint).

To the extent any of the issues raised in Defendants' motion to dismiss may be applicable to the causes of action and relief sought by the First Amended Complaint, the Plaintiffs state that these issues must be briefed in a different context, due to the inherent

differences in the complaints. Should Defendants assert that any of the defenses or arguments raised in their motion to dismiss the Original Complaint also apply to the First Amended Complaint, Plaintiffs will address those arguments at the appropriate time.

WHEREFORE, Plaintiffs suggest this Honorable Court declare Defendants' Motion To Dismiss moot, on the basis that the First Amended Complaint supersedes the Original Complaint, and enter an order denying Defendants' Motion To Dismiss without prejudice.

Dated: April 6, 2007

Respectfully submitted,

s/Donald Migliori

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV 26003
304-238-0066
304-238-0149 FAX

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022 FAX

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2007, a copy of the foregoing Notice of Amended Complaint and Suggestion of Mootness was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of the same has been made on:

Mark T. Nugent
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

*via electronic mail*

__________s/Claire Cook_____________
Claire Cook